Charles S. Wise, Respondent, v. Joseph H. Hoadley, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John P. Butler, as Assignee, etc., of the Thomas J. Brady Company, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Katherine T. New and Another, as Temporary Administratrices, etc., Appellants, v. Anna M. Burnett, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Stephen A. Nethercott, Relator, v. Rhinelander Waldo, as Commissioner of Police of the Police Department of the City of New York, Respondent. — Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ruth A. Eagan, as Administratrix, etc., Respondent, v. Thompson-Starrett Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Essex County National Bank, Respondent, v. The Fourth National Bank of the City of New York, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ewing, Bacon & Henry, Incorporated, Respondent, v. John R. Hoyt, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., dissented.

Clement H. Smith and Another, Respondents, v. Susan C. Steers, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Hotchkiss, J., dissented on the ground that the contract between the parties did not authorize the plaintiff to make repairs at the expense of the defendant.

Globe Lithographing Company, Respondent, v. Morris Park Estates, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.